UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 26, 2022

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Stallings, Ryan Allen | Docket No. | 0980 1:22CR02026-SAB-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Arturo Santana, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Ryan Allen Stallings, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton, sitting in the Court at Yakima, Washington, on the 25th day of March 2022, under the following conditions:

<u>Special Condition #11</u>: Defendant shall not be in the presence of minors.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Conditions of release were reviewed and signed by Mr. Stallings on March 28, 2022, acknowledging an understanding of his pretrial release conditions.

<u>Violation #1</u>: Mr. Stallings is considered to be in violation of his pretrial release conditions by being in the presence of a minor on September 21, 2022.

On September 21, 2022, at approximately 5:10 p.m., this officer conducted an unannounced home visit in an attempt to monitor Mr. Stallings' compliance with his release conditions. This officer made contact with Mr. Stallings' father at their recreational vehicle(RV) motor home. Mr. Stallings' father stated that Mr. Stallings was in the RV Park lobby.

This officer left the RV motor home to go make contact with Mr. Stallings. Mr. Stallings' father arrived to meet me at the lobby entrance door to allow me to enter, as a code is required to open the door. After Mr. Stallings' father opened the lobby door for this officer, this officer made way to the common living room area. Upon entering the common living room area, I observed Mr. Stallings playing a video game via a gaming console connected to the lobby television on a stand in front of the couch. Mr. Stallings was sitting at the end of the couch with a child appearing to be less than 10 years of age, sitting next to him, on his left side, who was playing a video game on a tablet. There was an adult male also present sitting to Mr. Stallings' right side in an adjacent chair. When Mr. Stallings' was questioned about him being in the presence of the minor, Mr. Stallings stated that his friends came to visit him and brought their child. The adult male did not feel comfortable talking to this officer, but elaborated that he was the child's father and the child was 8 years of age. The child's mother arrived to our location shortly after this officer made contact and was present. Mr. Stallings was asked to exit the premises and this officer escorted Mr. Stallings back to his RV motor home.

                              PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:   September 23, 2022 |
| by | s/Arturo Santana |
|  | Arturo Santana<br>U.S. Pretrial Services Officer |

PS-8

Re: Stallings,, Ryan Allen
September 23, 2022
Page 2

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]    Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

September 23, 2022
Date